IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JILLIAN PARKER, on behalf of herself and others similarly situated,**  )<br>)<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**DENNY'S, INC.; and DOE, DEFENDANTS 1-10**  )<br>)<br>)<br>**Defendants.**  )<br>/ | Case No. 4:21-cv-10886 |

## ORDER

NOW, this 28th day of February 2022, upon consideration of the Joint Motion for Approval of Settlement and Dismissal with Prejudice filed February 9, 2022:

**IT IS ORDERED** that the Joint Motion for Approval of Settlement and Dismissal with Prejudice is **GRANTED**.

The settlement in this matter has been approved by this Court and this case is **DISMISSED** with prejudice.

                                        /s/ Timothy S. Hillman
                                      The Honorable Timothy S. Hillman, U.S.D.J.